JS-6

1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LANENON L. W.,[1]                         Case No. EDCV 22-1378 PVC

12                    Plaintiff,

13          v.                                 **JUDGMENT**

14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
15
                      Defendant.
16

17

18          IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that

19   the above-captioned action is dismissed with prejudice.

20

21   DATED:  September 7, 2023

22

23                                             _____

24                                             PEDRO V. CASTILLO
                                               UNITED STATES MAGISTRATE JUDGE
25

26
     _____
27      [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
     Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
28   Administration and Case Management of the Judicial Conference of the United States.